UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                                  -against-

   ANTHONY GRUYAIR,
                                          Defendant.
------------------------------------------------------------ X

25 Mag. 1740

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, this Court is in receipt of the Government's letter dated May 28, 2025, seeking this Court's review of Magistrate Judge Robyn F. Tarnofsky's bail determination (the "Bail Appeal");

      WHEREAS, in an email dated May 29, 2025, Defendant (i) indicated that the conditions required for his release will not be met before Tuesday, June 3, 2025, and (ii) requested leave to file a response to the Bail Appeal on or before June 2, 2025, at 5:00 p.m.  It is hereby

      **ORDERED** that the bail order entered on May 27, 2025, is STAYED pending the adjudication of the Bail Appeal.  It is further

      **ORDERED** that during the pendency of the Bail Appeal, the Government shall proceed in good faith to take all steps necessary to approve Defendant's conditions of release, including, without limitation, the interviewing of proposed co-signers, consent to the posting of the specified property, and approval of necessary arrangements for home detention.  It is further

      **ORDERED** that Defendant's response to the Bail Appeal shall be filed on or before **June 2, 2025, at 5:00 p.m**.  It is further

      **ORDERED** that the parties shall appear before the Hon. Dale E. Ho (Part 1 Judge) on

**June 4, 2025, at 10:30 a.m**. in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

Dated: New York., New York
May 29, 2025

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

PART 1 JUDGE