UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Government,<br><br>  -against-<br>ANTHONY GRUYAIR,<br><br>                Defendant. | 25MJ01740 UA-1<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    The status conference scheduled for June 26, 2025 at 3 PM before Magistrate Judge Robyn F. Tarnofsky is cancelled.

DATED: June 5, 2025
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge